Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
235 Pine Street, Suite 1500
San Francisco, California 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
         susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br>            Plaintiffs,<br>     vs.<br>VALLEY DEMOLITION, INC., a California Corporation,<br>            Defendant. | Case No.: 5:16-cv-01171-BLF<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER THEREON**<br><br>Date:      June 9, 2016<br>Time:      11:00 a.m.<br>Location:  Ctrm. 3, 5th Floor<br>           San Jose Division<br>Before:    Hon. Beth Labson Freeman |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiffs, on the one hand, and Defendant, on the other hand, through their respective counsel, that this Court continue the Case Management Conference for a 30 days in order to allow the parties further time to continue settlement negotiations.

– 1 –

1   On June 1, 2016, the parties filed the Stipulation And [Proposed] Order Selecting ADR
2  Process [Document 16] and Joint Case Management Conference Statement [Document 17].
3   The parties have agreed to Early Neutral Evaluation should they be unable to negotiate a
4  settlement through informal means.  The parties are actively engaging in informal settlement
5  negotiations and request a 30-day continuance of the Case Management Conference to continue
6  informal settlement negotiations in an attempt to settle the case.

8  DATED: June 2, 2016

9                                                         BULLIVANT HOUSER BAILEY PC

11                                                         By  */s/ Ronald L. Richman*
                                                                Ronald L. Richman
12
                                                           Attorneys for Plaintiffs
13

14  DATED: June 2, 2016

15                                                         THE LITIGATION LAW GROUP

17                                                         By  */s/ Michelle Cruz*
                                                                Michelle Cruz
18
                                                           Attorneys for Defendant
19

– 2 –
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON

**ORDER**

The parties having so stipulated, and good cause appearing,

IT IS HEREBY ORDERED that the Case Management Conference be continued to _____, 2016 at 11:00 a.m., Courtroom 3, 5th Floor, San Jose Division.

DATED: June \_\_\_, 2016

By: /s/ Beth Labson Freeman
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

4834-3321-5282.1

– 3 –
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON