1  Ronald L. Richman, SBN 139189
   Susan J. Olson, SBN 152467
2  BULLIVANT HOUSER BAILEY PC
   235 Pine Street, Suite 1500
3  San Francisco, California 94104
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-Mail: ron.richman@bullivant.com
5          susan.olson@bullivant.com

6  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>        Plaintiffs,<br><br>    vs.<br><br>VALLEY DEMOLITION, INC., a California Corporation,<br><br>        Defendant. | Case No.: 5:16-cv-01171-BLF<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND RETENTION OF JURISDICTION; ORDER THEREON** |

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiffs, on the one hand, and Defendant Valley Demolition, Inc., on the other hand, through their respective counsel, that pursuant to the Settlement Agreement and Release and Stipulation for Dismissal ("Agreement"), which is expressly incorporated by reference into this Stipulation for Dismissal Without Prejudice and Retention of Jurisdiction, that this Court dismiss this action, without prejudice,

– 1 –
STIPULATION FOR DISMISSAL

and retain jurisdiction over this matter to enforce the Agreement should any action be required to enforce the Agreement after the dismissal without prejudice is entered by the Court.

DATED: July 20, 2016

        BULLIVANT HOUSER BAILEY PC

        By *[signature]*
        Ronald L. Richman

        Attorneys for Plaintiffs

DATED: July 20, 2016

        THE LITIGATION LAW GROUP

        By *[signature]*
        Linda Keny

        Attorneys for Defendant

## ORDER

Pursuant to the parties' Stipulation and Agreement, which terms and conditions are fully incorporated herein by this reference, and good cause appearing:

IT IS HEREBY ORDERED that this matter is dismissed, without prejudice.

IT IS FURTHER ORDERED that this Court shall expressly retain jurisdiction over this matter to enforce the Agreement should any action be required to enforce the Agreement after the dismissal without prejudice is entered by the Court. See generally *Kokkonen v. Guardian Life Ins. Co. of America,* 511 US 357, 381 (1994); *Hagestad v. Tragesser,* 49 F.3d 1430, 1432 (9th Cir. 1995).

DATED: _____, 2016

By _____
HON. BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

4836-6126-8277.1